

## STEVEN A. HOFFNER
### ATTORNEY AT LAW

350 Broadway, Suite 1105       tel: 212-941-8330
New York, New York 10013      fax: 212-941-8137

July 25, 2008

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

     Re:    Steven Riley v. City of New York, 07 CV 11399 (RJH)(KNF)

Your Honor:

I am plaintiff's lawyer on the above matter, which recently was settled against the City of New York. I write to clear up one matter that remains unresolved. Although plaintiff has settled with the City and the police officers in this case, there remains a named defendant in this case which has not settled. I am referring to Stacy Alldredge, the civilian complainant who made the complaint against plaintiff which led to his arrest in the first place.

Considering the fact that she is the sole remaining defendant and has not settled with plaintiff or entered an appearance, I hereby request that the Stipulation and Order of Discontinuance entered by Your Honor be modified to the extent that the case against Stacy Alldredge be dismissed without prejudice so that plaintiff can seek redress against her in state court.

I have discussed this issue with Brian Francolla, the lawyer for the City, and he does not oppose this request. Thank you.

Respectfully,

Steven Hoffner

cc: Brian Francolla
    Assistant Corporation Counsel

---

Application Denied. According to the docket sheet, Stacy Aldredge was never served with the Second Amended Complaint & never answered. Therefore she is not a party to this action and no further relief is necessary.

SO ORDERED:
Date: 5/1/8

Richard J. Holwell, U.S.D.J.