UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08
```

---------------------------------------------------------x

STEVEN RILEY,                                    :       07 Civ. 11399 (RJH)
                                                 :
                    Plaintiff,                   :
                                                 :
        -against-                                :       **ORDER**
                                                 :
CITY of NEW YORK, et al,                         :
                                                 :
                                                 :
                    Defendants.                  :
                                                 :
---------------------------------------------------------x

The pretrial conference scheduled for September 05, 2008 is rescheduled to

October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
August 22, 2008
SO ORDERED:

                                        Richard J. Holwell
                                        United States District Judge